# IN THE SUPREME COURT OF TEXAS

No. 20-0662

IN RE TEXAN MILLWORK, RELATOR

ON PETITION FOR WRIT OF MANDAMUS

**ORDER**

1.      This cause is **ABATED** pursuant to Texas Rule of Appellate Procedure 7.2.

2.      This case is removed from the Court's active docket until further order of this Court. The parties shall timely notify this Court of all events affecting the status of this case, including when the successor judge has ruled in accordance with Texas Rule of Appellate Procedure 7.2(b)(2).  The parties shall file a status report by **March 17, 2021**.

Done at the City of Austin, this 10th day of March, 2021.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

By Claudia Jenks, Chief Deputy Clerk